UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MICHAEL G. KESELICA, Petitioner | CA 07 067T |
| v. | Civil Action No. ______ |
| A.T. WALL, RI COMMISSIONER OF CORRECTIONS Respondent | |

PETITIONER'S MOTION FOR EMERGENCY INJUNCTIVE RELIEF

COMES NOW Petitioner, Michael Keselica, prose, and respectfully and urgently moves this Honorable Court, pursuant to 28 U.S.C. subsection 2283, in aid of this Court's jurisdiction, to grant Petitioner emergency injunctive relief in the matter of Keselica v. Wall, No. 07-0015-M.P., in the Supreme Court of Rhode Island and in support thereof states the following:

1. On October 5, 2006, Petitioner was arrested as a fugitive from justice from Virginia under Rhode Island Governor Donald L. Carcieri's Rendition Warrant. The District Court for Kent County, Rhode Island gave Petitioner 72 hours to file his Petition for Writ of Habeas Corpus to stay the execution of Governor Carcieri's Warrant and with it Petitioner's release to Virginia authorities.

2. On January 5, 2007 the Superior Court for Kent County, Rhode Island denied Petitioner's Petition for Writ of Habeas Corpus and stated: "...I am ordering him returned to the Commonwealth of Virginia as expeditiously as possible." Petitioner immediately thereafter filed a new Writ of Habeas Corpus to the Supreme Court for Rhode Island, further staying the execution of Governor Carcieri's Rendition Warrant.

3. On February 15, 2007, the Supreme Court for Rhode Island denied Petitioner's

Writ of Habeas Corpus and this Motion follows and on that same day Petitioner filed a 2241 habeas petition with this Court.

WHEREFORE, based on the State of Rhode Island's desire to "expeditiously" return Petitioner to the Commonwealth of Virginia, Petitioner respectfully and urgently moves this Court for emergency injunctive relief in halting the execution of Rhode Island Governor Donald L. Carcieri's Rendition Warrant, in Supreme Court of Rhode Island Case No. 07-0015-M.P., Keselica v. Wall, preventing Petitioner's removal to Virginia pending litigation of Petitioner's 2241 habeas petition before this Court.

Petitioner further moves this Court, if Petitioner's Motion is granted, to issue Injunctive Relief Decrees to the following parties:

1. Captain Habin, Intake Center of the ACI
2. Office of the Attorney General for Rhode Island
3. Supreme Court of Rhode Island

Respectfully submitted,

Michael Keselica
#131867
P.O. Box 8249
Cranston, RI 02920

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of February, 2007, a copy of the foregoing was mailed postage paid first class to the Office of the U.S. Attorney [illegible], 50 Kennedy Plaza, Providence, RI 02903.

Michael Keselica