UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICHAEL G. KESELICA,
Petitioner

v.

A.T. WALL, RI COMMISSIONER OF CORRECTIONS
Respondent

CA 07 067T

Civil Action No. ___________

PETITIONER'S MOTION FOR IMMEDIATE STAY OF EXECUTION OF RHODE ISLAND GOVERNOR DONALD L. CARCIERI'S RENDITION WARRANT

COMES NOW Petitioner, Michael Keselica, prose, and respectfully and urgently moves this Honorable Court, pursuant to 28 U.S.C. subsection 2251 (a)(1), for an immediate stay of execution of Rhode Island Governor Donald L. Carcieri's Rendition Warrant in the above captioned matter and in support thereof states the following:

1. On October 5, 2006, Petitioner was arrested as a fugitive from justice from Virginia under Rhode Island Governor Donald L. Carcieri's Rendition Warrant. The District Court for Kent County, Rhode Island gave Petitioner 72 hours to file his Petition for Writ of Habeas Corpus to stay the execution of Governor Carcieri's Warrant and with it Petitioner's release to Virginia authorities.

2. On January 5, 2007, the Superior Court for Kent County, Rhode Island denied Petitioner's Petition for Writ of Habeas Corpus and stated: "... I am ordering him returned to the Commonwealth of Virginia as expeditiously as possible." Petitioner immediately thereafter filed a new Writ of Habeas Corpus to the Supreme Court for Rhode Island, further staying the execution of Governor Carcieri's Rendition Warrant.

(See Ex. 26)

3. On February 15, 2007, the Supreme Court for Rhode Island denied Petitioner's Writ of Habeas Corpus and this Motion follows and on that same day Petitioner filed a 2241 habeas petition with this Court.

WHEREFORE, based on the State of Rhode Island's desire to expeditiously" return Petitioner to the Commonwealth of Virginia, Petitioner respectfully and urgently moves this Court for an immediate stay of execution of Rhode Island Governor Donald L. Carcieri's Rendition Warrant preventing Petitioner's removal to Virginia pending litigation of Petitioner's 2241 habeas petition before this Court.

Petitioner further moves this Court, if Petitioner's Motion is granted, to issue Stays of Execution to the following parties:

1. Captain Habin, Intake Center of the ACI.
2. Office of the Attorney General for Rhode Island.
3. Supreme Court of Rhode Island.

Respectfully submitted,

[signature]

Michael Keselica
#131867
P.O. Box 8249
Cranston, RI 02920

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of February, 2007, a copy of the foregoing was mailed postage paid first class to the Office of the U.S. Attorney [illegible], [illegible] 50 Kennedy Plaza, Providence, RI 02903.

[signature]

Michael Keselica