UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICHAEL KESELICA, :
Petitioner, :
v. :
: CA 07-67 T
A.T. WALL, :
Respondent. :

**ORDER DIRECTING RESPONSE TO MOTIONS**

Before the Court are three motions filed by Petitioner Michael Keselica ("Petitioner"): Petitioner's Motion for Emergency Injunctive Relief (Document ("Doc.") #2), Petitioner's Motion for Immediate Stay of Execution of Rhode Island Governor Donald L. Carcieri's Rendition Warrant (Doc. #3), and Petitioner's Motion to Set Bail or Grant Petitioner's Release to Home Incarceration (Doc. #4) (collectively the "Motions"), all of which relate to the Petition for Writ of Habeas Corpus Subsection 2241 filed on February 20, 2007. The Motions have been referred to me for findings and recommended disposition pursuant to 28 U.S.C. § 636(b)(1)(B).[1]

It appears from the Motions that Petitioner did not serve Respondent Wall or the State of Rhode Island ("State"), but, instead, served the United States Attorney. Accordingly, **Respondent Wall, or the State on his behalf, is hereby directed**

---

[1] 28 U.S.C. § 636(b)(1)(B) states that:

> [A] judge may ... designate a magistrate judge to conduct hearings, including evidentiary hearings, and to submit to a judge of the court proposed findings of fact and recommendations for the disposition, by a judge of the court, of any motion excepted in subparagraph (A), of applications for posttrial relief made by individuals convicted of criminal offenses and of prisoner petitions challenging conditions of confinement.

28 U.S.C. § 636(b)(1)(B) (footnote omitted).

**to file a response (or responses) to the Motions on or before March 9, 2007.** After it receives the response(s), the Court will determine whether it can rule on the papers or whether a hearing is necessary.

ENTER:

David L Martin

DAVID L. MARTIN
United States Magistrate Judge
February 21, 2007

BY ORDER:

Martha Saucedo

Deputy Clerk