MICHAEL G. KESELICA,
Petitioner

v. CA 07 067

A.T. WALL,
Respondent

PETITIONER'S SUPPLEMENTAL REQUEST FOR STAY OF STATE EXTRADITION PROCEEDINGS

NOW COMES the Petitioner, Michael G. Keselica, prose, and hereby moves this Honorable Court pursuant to 28 U.S.C. subsection 2251 for a stay of all state extradition proceedings during the pendancy of his habeas corpus petition before this Court. As grounds, Petitioner avers that (1) there are substantial claims set forth in the petition; (2) there is demonstrated likelihood that petition will prevail (Petitioner already prevailed on a Writ of Habeas Corpus in Maryland on June 4, 2004); and (3) there are extraordinary circumstances attending Petitioner's situation which require grant in order to make writ of habeas corpus effective, if granted. See Petitioner's Application for Writ of Habeas Corpus.

Respectfully submitted,

Michael Keselica
#131867
P.O. Box 8249
Cranston, RI 02920

CERTIFICATION

I hereby certify that on February 21, 2007 a true copy of this document was delivered to the U.S. Attorney's Office, 50 Kennedy Plaza, Providence, RI 02903.

[signature]
Michael Keselica