UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MICHAEL G. KESELICA,<br>Petitioner<br>v.<br>A.T. WALL, RI COMMISSIONER OF CORRECTIONS<br>Respondent | Civil Action No. 07 067T |

PETITIONER'S MOTION TO AMEND

COMES NOW Petitioner, Michael G. Keselica, pro se, and respectfully moves this Court to allow Petitioner to amend, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, his subsection 2241 petition for writ of habeas corpus in the above captioned case with the following:

1. On February 20, 2007, Petitioner filed in this Court, Petitioner's 28 U.S.C. subsection 2241 Petition for Writ of Habeas Corpus contesting his extradition arrest under Rhode Island Governor Donald Carcieri's Rendition Warrant.

On page 27 of Petitioner's Petition for Writ of Habeas Corpus, Petitioner incorrectly cites Duer v. Sheriff of the County of Newaygo, 420 Mich. 440; 362 N.W. 2d 698 (1985). The citation should read:

"there is an obligation to make certain that the requirement be met that the extradition statute be satisfied..."

Petitioner had erroneously cited that: "there is no obligation..."

WHEREFORE, Petitioner respectfully moves this Court to allow Petitioner to Amend his habeas 2241 petition with the above cited correction.

Respectfully submitted,

[signature]

Michael Keselica
#131867
P.O. Box 8249
Cranston, RI 02920

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of February, 2007 a copy of the foregoing was mailed postage paid first class to the Office of the Attorney General, 150 So. Main Street, Providence, RI 02903.

[signature]

Michael Keselica