# EXHIBIT 2

Document Too Large To File Electronically
Hand Delivered To Clerk's Office