Exhibit 3.

# *State of Rhode Island and Providence Plantations*

**By His Excellency: Donald L. Carcieri**
*Governor, Captain General and Commander-in-Chief of the State of Rhode Island and Providence Plantations*

**To:** *The Sheriffs, their deputies, the several town sergeants and constables of the State of Rhode Island and Providence Plantations*

***Greetings:***

***Whereas,*** *Information has been communicated to me by His Excellency Timothy M. Kaine, Governor of the Commonwealth of Virginia that Michael George Keselica convicted with the crime(s) of (Crime Fugitive Charged With) there committed and is a fugitive from justice, and may now be within the limits of our State; and whereas, His Excellency the said Timothy M. Kaine Governor as aforesaid, has transmitted to me a copy of a request for Governor's Warrant and Supporting Documents certified by him to be authentic charging the said Michael George Keselica with the crime aforesaid, and has demanded the delivery of the said Michael George Keselica according to the Constitution and Laws of the United States:*

***You are, therefore,*** *hereby commanded, forthwith to apprehend the said Michael George Keselica if to be found within your precinct, and deliver him (if he be not already in custody for other lawful cause,) unto Detective Hilary Jenkins and Detective James Williams and/or his/her authorized agent the person delegated to receive him and convey him to the Commonwealth of Virginia that he may be there dealt with according to law.*

***Hereof fail not,*** *but make true of this Warrant unto our Secretary's Office with your doings thereon.*

***In Witness Whereof,*** *I have caused the Seal of the State to be hereunto affixed, this 12th day of September in the year of our Lord two thousand and six.*

***By His Excellency the Governor:***

Donald L. Carcieri

Matt Brown

*Secretary of State*

# *State of Rhode Island and Providence Plantations*

***By His Excellency:*** ***Donald L. Carcieri***
*Governor of the State of Rhode Island and Providence Plantations*

***To:*** ***Detective Hilary Jenkins and Detective James Williams and/or his/her authorized agent***
***Greetings:***

***Whereas,*** *Application has been made to me by the Governor of the Commonwealth of Virginia for the delivery of Michael George Keselica convicted with the crime(s) of Embezzlement represented to be a Fugitive from Justice, and supposed to be now within the limits of this State; and whereas, it appears, from documents exhibited to me, and especially an Executive Warrant under the Seal of the Commonwealth of Virginia and dated August 28, 2006 that you the said Detective Hilary Jenkins and Detective James Williams and/or his/her authorized agent have been duly appointed by the Supreme Executive Authority of the Commonwealth of Virginia to receive from the authority of this State, the said Fugitive and to convey him to the said Commonwealth of Virginia.*

***I do therefore,*** *hereby, by virtue of the provisions of the Constitution and Laws of the United States, and of this State, authorize you the said Detective Hilary Jenkins and Detective James Williams and/or his/her authorized agent to receive the said Michael George Keselica into your custody at the line of this State from such officer of this State as may be duly authorized to deliver him to you, and him the said Michael George Keselica you are hereby directed to convey to the Commonwealth of Virginia there to be dealt with as to law and justice may appertain; and of your doings in the premises you will make due return to this Department within thirty days of the date hereof.*

*In Witness Whereof, I have caused the Seal of the State to be hereunto affixed, this 12th day of September in the year of our Lord two thousand and six.*

***By His Excellency the Governor:***

*Secretary of State*