Exhibit 4.

**Supreme Court**

No. 07-15-M.P.

Michael G. Keselica :

v. :

A. T. Wall :

**ORDER**

The petition for writ of habeas corpus is denied.

Entered as an Order of this Court this *15th* day of ***February 2007.***

By Order,

Clerk