STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

Department of Corrections
OFFICE OF LEGAL COUNSEL
40 Howard Avenue
Cranston, R.I. 02920
Tel: (401) 462-2622
Fax: (401) 462-2583
TDD: (401) 462-5180

March 7, 2007

Inmate Michael Keselica
P.O. Box 8249
Cranston, RI 02920

Dear Mr. Keselica:

I have received your March 3, 2007 letter concerning a complaint you have about the medical care you have requested. I have conferred with the office of the Medical Director and understand that his office is looking into your complaint and will provide you with a response.

Sincerely,

Patricia A. Coyne-Fague
Chief Legal Counsel

cc: A.T. Wall, II, Director
Michael Poshkus, M.D., Medical Director