Exhibit 28

Boyd v. Van Cleave, 505 P.2d 1305 (1973) (Colorado)
In re Bailleaux, 302 P.2d 801 (1956) (California)
In re Ray, 215 Mich. 156; 183 N.W. 774 (1921) (Michigan)
People ex rel Grant v. Doherty, 247 N.Y.S.2d 759 (1964) (New York)
People ex rel Ritholz v. Sain, 187 N.E.2d 241 (1962) (Illinois)
Seigler v. Canterbury, 318 P.2d 219 (1957) (Colorado)
Wells v. Sheriff, Carter County, 442 P.2d 535 (1968) (Oklahoma)