UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

April 9, 2007

Clerk of the Court
United States Court of Appeals
One Courthouse Way, Suite 2235
Boston, MA 02210

RE: ***CA07-67T MICHAEL KESELICA V. A.T. WALL***

Dear Clerk:

Enclosed you will find the Notice of Appeal and certified copies of the docket entries for the above entitled matter.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David DiMarzio
Clerk of Court

BY: *Lucia Cristina Leyva*
Lucia Cristina Leyva
DEPUTY CLERK

encl.: Appeal Cover Letter; Appeal Cover Sheet; Notice of Interlocutory Appeal; Cert. Copies of Documents 1, 2, 3, 4, 5, 6, 8, 9, 10, 11 and 13; Certified Copy of Docket