UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

MICHAEL KESELICA

v. CA No. 07-67-T

A.T. WALL

**ORDER**

Petitioner's motion for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Document #1) is hereby dismissed as it lacks merit. As a result, the following motions are denied:

1. Petitioner's motion for emergency injunctive relief (Doc. #2);
2. Petitioner's motion for immediate stay of execution of Rhode Island Governor Donald L. Carcieri's rendition warrant (Doc. #3);
3. Petitioner's motion to set bail or grant petitioner's release to home incarceration (Doc. #4); and
4. Petitioner's supplemental request for stay of state extradition proceedings (Doc. #6).

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Sr. U.S. District Judge

Date: 5/2/07