07-00067T
USDCRI
Judge Martin

MANDATE

# United States Court of Appeals
## For the First Circuit

---

No. 07-1508

MICHAEL G. KESELICA,

Petitioner, Appellant,

v.

A. T. WALL, ET AL.,

Respondents, Appellees.

---

Before

Boudin, Chief Judge,
Campbell, Senior Circuit Judge,
and Lynch, Circuit Judge.

---

JUDGMENT

Entered: April 2, 2007

Because petitioner may not appeal directly from the magistrate-judge's report and recommendation to the court of appeals, see United States v. Ecker, 923 F.2d 7, 8 (1st Cir. 1991), this appeal is dismissed for lack of jurisdiction and all forms of requested relief are denied. As it appears that petitioner wants further review of the March 20, 2007 report and recommendation, we transmit petitioner's filings in this court to the district court, to be treated as objections to the March 20, 2007 report and recommendation and as seeking district court review of the magistrate-judge's recommendation.

Dismissed.

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By:______________________________
Chief Deputy Clerk.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

M. [signature]
Deputy Clerk

Date: 5/3/07

[cc: Michael Keselica, Christopher Robinson Bush, Esq.]