MICHAEL KESELICA, )
Petitioner )
v. ) CA 07-67T
A. T. WALL, )
Respondent )

2007 APR 18 A 10:20
FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

NOTICE OF APPEAL

COMES NOW Petitioner, Michael Keselica, pro se and notes his appeal to the U.S. Court of Appeals for the First Circuit of the March 20, 2007 Report and Recommendation of U.S. Magistrate Judge David Martin, recommending that Petitioner's:

1. Motion for Emergency Injunctive Relief;
2. Motion for Immediate Stay of Execution of Rhode Island Governor Donald L. Carcieri's Rendition Warrant;
3. Motion to Set Bail or Grant Petitioner's Release to Home Incarceration; and
4. Supplemental Request for Stay of State Extradition Proceedings

BE DENIED; and that Petitioner's [Habeas] Petition BE DISMISSED; for: (1) not complying with the District Court Judge's Referral pursuant to 28 U.S.C. subsection 636(b)(1)(B), as no hearings, including evidentiary hearings, were conducted and for: (2) usurping the authority of a U.S. District Court Judge who only conveyed the authority to Magistrate Judge Martin for findings and recommended disposition on Motions 1 thru 3 and not on Petitioner's Petition for Writ of Habeas Corpus.

Respectfully submitted,
[signature]
Michael Keselica
#131867
P.O. Box 8249
Cranston, RI 02920

CERTIFICATION

I HEREBY CERTIFY that on this 22nd day of March, 2007 a copy of the foregoing was mailed postage paid first class to Christopher Bush, Office of the Attorney General, 150 So. Main Street, Providence, Rhode Island 02903 and to the U.S. Court of Appeals for the First Circuit, 1 Courthouse Way, Ste 2500, Boston, MA 02210

[signature]
Michael Keselica