07-00067T

MANDATE

USDCRI
Judge Torres Martin

# United States Court of Appeals
## For the First Circuit

---

No. 07-1582

MICHAEL G. KESELICA,

Petitioner, Appellant,

v.

A.T. WALL, RHODE ISLAND COMMISSIONER OF CORRECTIONS,

Respondent, Appellee.

---

Before

Lynch, Circuit Judge,
Campbell and Selya, Senior Circuit Judges.

---

JUDGMENT

Entered: June 11, 2007

This appeal is duplicative of Appeal No. 07-1508, which was dismissed for lack of jurisdiction on April 2, 2007. We lack jurisdiction over this appeal for the reasons cited in that judgment; contrary to petitioner's argument, the district court's subsequent entry of judgment did not cure the prematurity of his appeal from a magistrate judge's report and recommendation. See Serine v. Peterson, 989 F.2d 371 (1st Cir. 1993). If petitioner wishes to challenge the district court's May 3, 2007, order adopting the report and recommendation and dismissing his petition, he must file a new notice of appeal in the district court within the time limits specified in Fed. R. App. P. 4(a)(1).

The appeal is dismissed.

By the Court:

Richard Cushing Donovan, Clerk.

By: JULIE GREGG
Operations Manager

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

[signature]
Deputy Clerk

Date: 8/9/07 [cc: Michael Keselica, Christopher Robinson Bush, Esq.]