**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

MICHAEL G. KESELICA

v. C.A. No. 07-67T

A.T. WALL

**ORDER DENYING IN FORMA PAUPERIS MOTION**

Petitioner Michael Keselica continues to pepper this Court and the First Circuit with repetitive petitions and motions seeking to prevent the State of Rhode Island from extraditing him to Virginia as a fugitive from justice. The most recent effort took the form of a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 together with a number of related motions.

On March 20, 2007, a Magistrate Judge issued a Report and Recommendation ("R&R") recommending that Keselica's petition be dismissed and his associated motions be denied.

Keselica's First "Appeal"

On March 28, 2007, before this Court had acted on the R&R, Keselica filed an "interlocutory appeal" from the R&R with the First Circuit (Docket No. 07-1508). On April 2, 2007, that appeal was dismissed for lack of jurisdiction and the "appeal" was transmitted back to this Court to be treated as an objection to the R&R.

On May 3, 2007, this Court accepted the R&R, dismissed Keselica's petition for a writ of habeas corpus and denied his associated motions. Keselica's case in this Court, then, was terminated.

Keselica's Second "Appeal"

On April 18, 2007, after Keselica's first "interlocutory appeal" had been sent back to this Court and before this Court had acted on the R&R, Keselica filed a second "interlocutory appeal" from the R&R. Keselica, subsequently, filed a financial affidavit which the First Circuit treated as a motion to proceed in forma pauperis and transmitted to this Court on June 1, 2007. Presumably, the First Circuit intended that the motion be considered in connection with what it anticipated would be Keselica's appeal from this Court's May 3, 2007 order.

On June 11, 2007, the First Circuit dismissed Keselica's second "interlocutory appeal" (Docket No. 07-1582) as duplicative and advised Keselica that, if he wished to challenge this Court's May 3, 2007 order accepting the R&R, "he must file a new notice of appeal in the district court within the time limits specified in Fed. R. App. P. 4(a)(1)" (i.e. within sixty days after the order was entered).

Keselica's Third "Appeal"

Ignoring the dismissal of his first "interlocutory appeal" for lack of jurisdiction; the dismissal of his second "interlocutory appeal" as duplicative and the First Circuit's express instruction that the proper way to challenge this Court's May 3, 2007 order was to file a Notice of Appeal in the District Court, Keselica filed a third "interlocutory appeal" with the First Circuit on June 26, 2007 (Docket No. 07-1956).

Since Keselica has not filed any notice of appeal from this Court's May 3, 2007 order even though more than sixty days has

elapsed, there is nothing pending before this Court to which his motion to proceed in forma pauperis relates. Therefore the motion is denied as moot.

However, if, despite Keselica's failure to file a Notice of Appeal, the First Circuit is asking this Court to rule on Keselica's in forma pauperis motion, that motion is hereby denied for the following reasons:

1. Any "appeal" is not being taken in good faith as evidenced by the frivolousness of the arguments made by Keselica to the magistrate judge and by the fact that Keselica repeatedly has ignored the indications from the First Circuit regarding the proper method for challenging the R&R and the May 3, 2007 order. (See 28 U.S.C. § 1915 (a)(3)).

2. Keselica's certified inmate account statement from the Rhode Island Department of Corrections for the period of November 21, 2006-May 21, 2007 shows that Keselica has been receiving deposits to his account averaging more than $200 per month.

By Order:

Deputy Clerk

ENTER:

Ernest C. Torres
Sr. U.S. District Court Judge
Date: September 5 , 2007