07-00067 USDC RI Torres

MANDATE

# United States Court of Appeals
## For the First Circuit

No. 07-1956

MICHAEL G. KESELICA,

Petitioner, Appellant,

v.

A. T. WALL, Rhode Island Commissioner of Corrections,

Respondent, Appellee.

**JUDGMENT**

Entered: August 30, 2007
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of petitioner-appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

By the Court:
Richard Cushing Donovan, Clerk

LYNNE ALIX MORRISON
By:______________________
Appeals Attorney

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 8/30/07

[cc: Michael G. Keselica, Christopher R. Bush, Esq.]